IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02500-ZLW-MJW

THOM DeFRANCO,

Plaintiff(s),

v.

STORAGE TECHNOLOGY CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference (document 12) is GRANTED.  The settlement conference set for August 16, 2007, at 10:00 a.m. is VACATED.  The parties may request a new settlement conference date by motion.

Date: August 14, 2007