IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02500-ZLW-MJW

THOM DEFRANCO,

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION,
STORAGETEK INTERNATIONAL SERVICES CORPORATION, and
SUN MICROSYSTEMS, INC.,

    Defendants.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December __5__, 2007

    It is ORDERED that Plaintiff's Motion For Leave To File First Amended Complaint (Doc. No. 15) is granted over objection. Plaintiff's First Amended Complaint (Doc. No. 15-3) is hereby accepted for filing.