IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

March 20, 2008

Darlene Martinez, Court Reporter
Shelley Moore, Deputy Clerk

Civil Action No. 06-cv-02500-ZLW-MJW

THOM DEFRANCO,                                         John "Jack" R. Olsen

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION,        Shannon M. Henderson
STORAGETEK INTERNATIONAL SERVICES      Daniel E. Friesen
CORPORATION, and
SUN MICROSYSTEMS, INC.,

    Defendants.

---

## COURTROOM MINUTES

HEARING: MOTION

**2:15 p.m.  Court in session.**

Court in session. Appearances of counsel. Also present with Defendants' counsel is client representative, Dale Boland.

The Court makes opening remarks.

2:19 p.m.   Mr. Friesen presents argument on the Defendants' Motion For Summary Judgment.

2:26 p.m.   Mr. Olsen presents responsive argument.

2:50 p.m.   Mr. Friesen presents rebuttal argument.

3:00 p.m.   Mr. Olsen makes final remarks.

The Court makes findings, facts, conclusions and orders as follows.

**ORDERED:** Defendants' Motion For Summary Judgment (17) is GRANTED for the reasons argued in Defendants' brief and by oral argument today.

**ORDERED:** Accordingly, the trial date is vacated. The final trial preparation conference set for today is vacated. This case is DISMISSED.

**3:12 p.m.     Court in recess/hearing concluded.**

Total in-court time 0:57