IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02500-ZLW-MJW

THOM DEFRANCO,

    Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION,
STORAGETEK INTERNATIONAL SERVICES CORPORATION, and
SUN MICROSYSTEMS, INC.,

    Defendants.

---

## ORDER

---

This matter was before the Court on March 20, 2008, for oral argument on Defendants' Motion For Summary Judgment. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Defendants' Motion For Summary Judgment (Doc. No. 17; Oct. 31, 2007) is granted. It is

FURTHER ORDERED that the First Amended Complaint and cause of action is dismissed with prejudice, the parties to pay their own costs. It is

FURTHER ORDERED that the trial preparation conference scheduled for March 20, 2008, and the jury trial commencing April 21, 2008, are vacated.

DATED at Denver, Colorado, this  20th   day of March, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court